## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| GROUPE DYNAMITE INC., *et al.*, | Case No. 20-12085 (CSS) |
| Debtors in a Foreign Proceeding,[1] | (Joint Administration Requested) |

### AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on September 8, 2020, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following documents to be served via the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- **Notice of Telephonic Hearing on First Day Motions [Docket No. 14]**

- **Notice of Agenda for Hearing on September 9, 2020 at 1:00 P.M. (Prevailing Eastern Time) [Docket No. 15]**

Dated: September 8, 2020

Colin Linebaugh
Omni Agent Solutions
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California          }
{                             } ss.
{County of Los Angeles        }

Subscribed and sworn to (or affirmed) before me on this 8th day of September, 20 20, by Colin Linebaugh proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The last four digits of the Debtors' tax identification number are as follows: (a) Groupe Dynamite Inc. (4210); (b) GRG USA Holdings Inc. (4293); and (c) GRG USA LLC (4008). Additional case information can be obtained on the website of the Debtors' claims and noticing agent at https://cases.omniagentsolutions.com/groupedynamite. The location of the Debtors' service address for purposes of these chapter 15 cases is 5592 Ferrier Street, Montreal, Quebec, Canada, H4P 1M2.

## **EXHIBIT A**

**EXHIBIT A**
Core/2002 List
Served via the Method Set Forth

| Description | Address | | | | | Email | Method of Service |
|---|---|---|---|---|---|---|---|
| 10644579 Canada Inc | 5592 Ferrier St | Mount Royal, QC H4P 1M2 | Canada | | | alco@dynamite.ca | Email |
| Agence du Revenu du Quebec | Attn: Daniel Cantin | 3800 de Marly Street | Sector 528 | Quebec, QC H3B 4W5 | Canada | danielcantine@revenuequebec.ca | Email |
| Attorney General of Canada | Procureur General du Canada | Tour est 5e etage, Complex Guy-Favreau | 200 boul. Rene-Levesque Ouest | Montreal, QC H2Z 1X4 | Canada | notificationPGC-AGC.civil@justice.gc.ca | Email |
| Attorney General of Quebec | Ministere de la Justice du Quebec | Edifice Louis-Philippe-Pigeon | 1200 Route de l'Eglise | Quebec, QC G1V 4M1 | Canada | informations@justice.gouv.qc.ca | Email |
| Bank Of Montreal | 105 St-Jacques St, 3rd Fl | Montreal, QC H2Y 1L6 | Canada | | | | Overnight Mail |
| Canada Revenue Agency | Department of Justice Canada | Attn: Chantal Comtois | 200 René-Lévesque Blvd W, 9th Fl, East Tower | Montreal, QC H2Z 1X4 | Canada | chantal.comtois@justice.gc.ca | Email |
| Canada Revenue Agency | | | | | | NotificationPGC-AGC.FiscalTax@justice.gc.ca | Email |
| Chase Paymentech Solutions, Inc. | c/o Services Blakes Quebec, Inc | 3000-1 Pl Ville-Marie, Ste 3000 | Montreal, QC H3B 4N8 | Canada | | | Overnight Mail |
| Deloitte Restructuring Inc | Attn: Pierre Laporte | Place de la Cité, Tour Cominar | 2640 Laurier Blvd, Ste 1700 | Quebec, QC G1V 5C2 | Canada | pilaporte@deloitte.ca | Email |
| Deloitte Restructuring Inc | Attn: Jean-François Nadon | 8 Adelaide East | 8 Adelaide St W, Ste 200 | Toronto, ON M5H 0A9 | Canada | jnadon@deloitte.ca | Email |
| Deloitte Restructuring Inc | Attn: Jacob Dube-Dupuis | 1190 Des Canadiens-de-Montreal Ave, Ste 500 | Montreal, QC H3B 0M7 | Canada | | jdubedupuis@deloitte.ca | Email |
| Deloitte Restructuring Inc | Attn: Marc-Alexandre Cormier | 1190 Des Canadiens-de-Montreal Ave, Ste 500 | Montreal, QC H3B 0M7 | Canada | | macormier@deloitte.ca | Email |
| Deloitte Restructuring Inc | Attn: Jean-François Boucher | 1190 Des Canadiens-de-Montreal Ave, Ste 500 | Montreal, QC H3B 0M7 | Canada | | jeaboucher@deloitte.ca | Email |
| Deloitte Restructuring, Inc | 1190 Des Canadiens-de-Montreal Ave, Ste 500 | Montreal, QC H3B 0M7 | Canada | | | | Overnight Mail |
| Dentons Canada | Attn: Ari Sorek/Roger Simard/Charlotte Dion | 1 Pl Ville Marie | Bureau 3900 | Montreal, QC H3B 4M7 | Canada | ari.sorek@dentons.com | Email |
| Dentons Canada | Attn: Roger P. Simard | | | | | roger.simard@dentons.com | Email |
| Dentons Canada | Attn: Charlotte Dion | | | | | charlotte.dion@dentons.com | Email |
| Federation Des Caisses Desjardins Du Que´Bec | 1170 Peel St, Ste 300 | Montreal, QC H3B 0A9 | Canada | | | | Overnight Mail |
| Federation des Caisses Desjardins du Quebec | 1170 Peel St, Ste 300 | Montreal, QC H3B 0A9 | Canada | | | | Overnight Mail |
| Groupe Dynamite Inc | Attn: Liz Edmiston | 5592 Ferrier St | Mount-Royal, QC H4P 1M2 | Canada | | ledmiston@dynamite.ca | Email |
| Groupe Dynamite Inc | Attn: Mario Petraglia | 5592 Ferrier St | Mount-Royal, QC H4P 1M2 | Canada | | mpetraglia@dynamite.ca | Email |
| Groupe Dynamite Inc | Attn: Christian Roy | 5592 Ferrier St | Mount-Royal, QC H4P 1M2 | Canada | | croy@dynamite.ca | Email |
| Groupe Dynamite Inc | Attn: Sarah Paula Brami | 5592 Ferrier St | Mount-Royal, QC H4P 1M2 | Canada | | sbrami@dynamite.ca | Email |
| Groupe Dynamite Inc | Attn: Guy Vallières | 5592 Ferrier St | Mount-Royal, QC H4P 1M2 | Canada | | gvallieres@dynamite.ca | Email |
| Groupe Dynamite Inc | Attn: Catherine Brisebois | 5592 Ferrier St | Mount-Royal, QC H4P 1M2 | Canada | | cbrisebois@dynamite.ca | Email |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | P.O. Box 7346 | Philadelphia, PA 19101-7346 | | | | Overnight Mail |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market St | Philadelphia, PA 19104-5016 | | | | Overnight Mail |
| McCarthy Tétrault LLP | Attn: Alain Tardif/ Gariel Faure | Attn: Francois Toupin/ Sarah-Maude Demers | 1000 De La Gauchetiere St W | Montreal, QC H3B 0A2 | Canada | atardif@mccarthy.ca | Email |
| McCarthy Tétrault LLP | Attn: Jocelyn T. Perreault | | | | | jperreault@mccarthy.ca | Email |
| McCarthy Tétrault LLP | Attn: Miguel Bourbonnais | | | | | mbourbonnais@mccarthy.ca | Email |
| McCarthy Tétrault LLP | Attn: Gabriel Faure | | | | | gfaure@mccarthy.ca | Email |
| McCarthy Tétrault LLP | Attn: François Alexandre Toupin | | | | | fatoupin@mccarthy.ca | Email |
| McCarthy Tétrault LLP | Attn: Sarah-Maude Demers | | | | | smdemers@mccarthy.ca | Email |
| McCarthy Tétrault LLP | Attn: Pascale Klees-Themens | | | | | pkleesthemens@mccarthy.ca | Email |
| National Bank Of Canada | 500 Pl D'Armes, 26th Fl | Montreal, QC H2Y 2W3 | Canada | | | syndication@bnc.ca | Email |
| Norton Rose Fullbright Canada LLP | Attn: Luc Morin/ Guillaume Michaud | 1 Place Ville Marie, Ste 2500 | Montreal, QC H3B 1R1 | Canada | | luc.morin@nortonrosefulbright.com | Email |
| Norton Rose Fullbright Canada LLP | Attn: Guillaume Michaud | | | | | guillaume.michaud@nortonrosefulbright.com | Email |
| Office Of The Attorney General | California Dept of Justice | P.O. Box 944255 | Sacramento, CA 95814 | | | | Overnight Mail |
| Office Of The Attorney General | Attn: Bankruptcy Notices | Consumer Law Section | 455 Golden Gate Ave, Ste 11000 | San Francisco, CA 94102-7004 | | | Overnight Mail |
| Office Of The Attorney General | State of Florida | Pl-01 the Capitol | Tallahassee, FL 32399-1050 | | | | Overnight Mail |
| Office Of The Attorney General | 40 Capitol Sq SW | Atlanta, GA 30334 | | | | | Overnight Mail |
| Office Of The Attorney General | 100 W Randolph St | Chicago, IL 60601 | | | | | Overnight Mail |
| Office Of The Attorney General | 500 S 2nd St | Springfield, IL 62701 | | | | | Overnight Mail |
| Office Of The Attorney General | 601 S University Ave | Carbondale, IL 62901 | | | | | Overnight Mail |
| Office Of The Attorney General | 120 SW 10th Ave, 2nd Fl | Topeka, KS 66612 | | | | | Overnight Mail |
| Office Of The Attorney General | 700 Capitol Ave, Ste 118 | Frankfort, KY 40601 | | | | | Overnight Mail |
| Office Of The Attorney General | 525 W Ottawa St | P.O. Box 30212 | Lansing, MI 48909 | | | miag@michigan.gov | Email |
| Office Of The Attorney General | 445 Minnesota St, Ste 1400 | St Paul, MN 55101-2131 | | | | | Overnight Mail |
| Office Of The Attorney General | 9001 Mail Service Ctr | Raleigh, NC 27699-9001 | | | | | Overnight Mail |
| Office Of The Attorney General | Rj Hughes Justice Complex | 25 Market St, Box 080 | Trenton, NJ 08625-0080 | | | | Overnight Mail |
| Office Of The Attorney General | The Capitol | Albany, NY 12224-0341 | | | | | Overnight Mail |
| Office Of The Attorney General | 313 NE 21st St | Oklahoma City, OK 73105 | | | | | Overnight Mail |
| Office Of The Attorney General | Oregon Dept of Justice | 1162 Court St NE | Salem, OR 97301-4096 | | | | Overnight Mail |
| Office Of The Attorney General | P.O. Box 12548 | Austin, TX 78711-2548 | | | | | Overnight Mail |
| Office Of The Attorney General | 1125 Washington St SE | P.O. Box 40100 | Olympia, WA 98504-0100 | | | | Overnight Mail |
| Office Of The U.S. Trustee | Attn: T. Patrick Tinker | 844 King St, Ste 2207 | P.O. Box 35 | Wilmington, DE 19801 | | patrick.tinker@usdoj.gov | Email |
| Paysafe Merchant Services, Inc. | 3500 De Maisonneuve Blvd W | Westmount, QC H3B 4N8 | Canada | | | | Overnight Mail |

**EXHIBIT A**

Core/2002 List

Served via the Method Set Forth

| Description | Address | | | | | Email | Method of Service |
|---|---|---|---|---|---|---|---|
| Securities And Exchange Commision | Attn: Mark Berger, Regional Dir | Brookfield Pl | 200 Vesey St, Ste 400 | New York, NY 10281-1022 | | | Overnight Mail |
| Securities And Exchange Commision | 100 F St Ne | Washington, DC 20549 | | | | | Overnight Mail |
| Syrus Reputation | Attn: Alain Bergeron/ Audrey Marcil-Labelle | Attn: Constance Leonard-Tessier/ Myriam Crevier | 300 Leo-Pariseau St, 18th Fl | Montreal, QC H2X 4B3 | Canada | abergeron@syrusreputation.com | Email |
| Syrus Reputation | Attn: Myriam Crevier | | | | | mcrevier@syrusreputation.com | Email |
| Syrus Reputation | Attn: Constance Leonard-Tessier | | | | | cleonardtessier@syrusreputation.com | Email |
| Syrus Reputation | Attn: Audrey Marcil-Labelle | | | | | amarcillabelle@syrusreputation.com | Email |
| The Toronto Dominion Bank | 1350 Rene-Levesque Blvd W, 7th Fl | Montreal, QC H3G 1T4 | Canada | | | | Overnight Mail |
| The United States Attorney'S Office For The District Of De | Attn: David C. Weiss | 1007 Orange St, Ste 700 | P.O. Box 2046 | Wilmington, DE 19899-2046 | | | Overnight Mail |
| U.S. Customs And Border Protection | 1300 Pennsylvania Ave NW | Washington, DC 20229 | | | | | Overnight Mail |
| U.S. Customs And Border Protection | Attn: Joy Marie Virga | 90 K St NE, 10th Fl | Washington, DC 20229-1177 | | | joymarie.virga@cbp.dhs.gov | Email |