# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| GROUPE DYNAMITE INC., *et al.*, | ) | Case No. 20-12085 (CSS) |
| | ) | |
| Debtors in a Foreign Proceeding,[1] | ) | (Jointly Administered) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that National Bank of Canada, as Agent and National Bank of Canada, Bank of Montreal, The Toronto-Dominion Bank and Federation des Caisses Desjardins du Quebec, as Lenders (the "Lenders") hereby appear in the above-captioned cases through their counsel Dentons US LLP and Ashby & Geddes, P.A. and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), request that all notices given or required to be given in these cases or any related adversary proceeding and all papers served or required to be served in these cases be given and served upon:

| | |
|---|---|
| **DENTONS US LLP** | **DENTONS US LLP** |
| Patrick C. Maxcy, Esq. | David F. Cook, Esq. |
| 233 South Wacker Drive, Suite 5900 | 1900 K Street NW |
| Chicago, IL 60606-6361 | Washington, DC 20006 |
| Telephone: (312) 876-2810 | Telephone: (202) 496-7301 |
| Email: patrick.maxcy@dentons.com | Email: david.f.cook@dentons.com |

---

[1] The last four digits of the Debtors' tax identification number are as follows: (a) Groupe Dynamite Inc. (4210); (b) GRG USA Holdings Inc. (4293); and (c) GRG USA LLC (4008). Additional case information can be obtained on the website of the Debtors' claims and noticing agent at https://cases.omniagentsolutions.com/groupedynamite. The location of the Debtors' service address for purposes of these chapter 15 cases is 5592 Ferrier Street, Montreal, Quebec, Canada, H4P 1M2.

{01607205;v1 }

**ASHBY & GEDDES, P.A.**
William P. Bowden, Esq.
Katharina Earle, Esq.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Fax: (302) 654-2067
Email: wbowden@ashbygeddes.com
Email: kearle@ashbygeddes.com

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in these cases or any related adversary proceeding and that such service be by mailing one copy of each, unless otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that the Lenders intend that neither this Notice of Appearance nor any former or later pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Lenders are or may be entitled under agreements in law or in equity. Additionally, nothing herein shall be deemed or construed as a consent to jurisdiction of matters congressionally delegated to regulatory authorities.

*-Signature Page to Follow-*

| | |
|---|---|
| Dated: September 15, 2020 | **ASHBY & GEDDES, P.A.** |

*/s/ William P. Bowden*
William P. Bowden (DE No. 2553)
Katharina Earle (DE No. 6348)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel: 302-654-1888
Email: wbowden@ashbygeddes.com
Email: mdebaecke@ashbygeddes.com

-and-

**DENTONS US LLP**
Patrick C. Maxcy
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6361
Telephone: (312) 876-2810
Email: patrick.maxcy@dentons.com

**DENTONS US LLP**
David F. Cook (DE No. 6352)
1900 K Street NW
Washington, DC 20006
Telephone: (202) 496-7301
Email: david.f.cook@dentons.com

*Counsel to the Lenders*