# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GROUPE DYNAMITE INC., *et al.*,<br><br>Debtors in a Foreign Proceeding,[1] | Chapter 15<br><br>Case No. 20-12085 (CSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on October 11, 2021, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Core Notice Parties Service List attached hereto as **Exhibit A**:

- **Certification of Counsel Regarding Foreign Representative's Motion for (I) Entry of an Order Recognizing and Enforcing the Canadian Sanction Order of the Plan and (II) Granting Related Relief [Docket No. 93]**

Dated: October 12, 2021

/s/ Randy Lowry
Randy Lowry
Omni Agent Solutions
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California     }
{                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 12th day of October, 2021, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The last four digits of the Debtors' tax identification number are as follows: (a) Groupe Dynamite Inc. (4210); (b) GRG USA Holdings Inc. (4293); and (c) GRG USA LLC (4008). Additional case information can be obtained on the website of the Debtors' claims and noticing agent at https://cases.omniagentsolutions.com/groupedynamite. The location of the Debtors' service address for purposes of these chapter 15 cases is 5592 Ferrier Street, Montreal, Quebec, Canada, H4P 1M2.

# **EXHIBIT A**

**EXHIBIT A**
**Core Notice Parties Service List**
Served via the Method Set Forth

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Core | 10644579 Canada Inc | 5592 Ferrier St<br>Mount Royal, QC H4P 1M2<br>Canada | | alco@dynamite.ca | Email<br>First Class Mail |
| Core | Agence du Revenu du Quebec | Attn: Daniel Cantin<br>3800 de Marly Street<br>Sector 528<br>Quebec, QC H3B 4W5<br>Canada | | danielcantine@revenuequebec.ca | Email<br>First Class Mail |
| Notice of Appearance and Request for Notices<br>Counsel for the National Bank of Canada, Bank of Montreal, The Toronto-Dominion Bank and Federation des Caisses Desjardins du Quebec<br>Counsel to the Agent and the Lenders | Ashby & Geddes, PA | Attn: William P. Bowden<br>Attn: Katharina Earle<br>500 Delaware Ave, 8th Fl<br>P.O. Box 1150<br>Wilmington, DE 19899 | 302-654-2067 | wbowden@ashbygeddes.com<br>kearle@ashbygeddes.com | Email |
| Core | Attorney General of Canada | Procureur General du Canada<br>Tour est 5e etage, Complex Guy-Favreau<br>200 boul. Rene-Levesque Ouest<br>Montreal, QC H2Z 1X4<br>Canada | | notificationPGC-AGC.civil@justice.gc.ca | Email<br>First Class Mail |
| Core | Attorney General of Quebec | Ministere de la Justice du Quebec<br>Edifice Louis-Philppe-Pigeon<br>1200 Route de l'Eglise<br>Quebec, QC G1V 4M1<br>Canada | | informations@justice.gouv.qc.ca | Email<br>First Class Mail |
| Core | Bank Of Montreal | 105 St-Jacques St, 3rd Fl<br>Montreal, QC H2Y 1L6<br>Canada | | | First Class Mail |
| Notice of Appearance and Request for Notices<br>Counsel to Brookfield Properties Retail, Inc. | Brookfield Properties Retail, Inc., as Agent | Attn: Kristen N. Pate<br>350 N Orleans St, Ste 300<br>Chicago, IL 60654-1607 | 312-442-6374 | bk@brookfieldpropertiesretail.com | Email |
| Core | Canada Revenue Agency | Department of Justice Canada<br>Attn: Chantal Comtois<br>200 René-Lévesque Blvd W, 9th Fl, East Tower<br>Montreal, QC H2Z 1X4<br>Canada | | chantal.comtois@justice.gc.ca<br>NotificationPGC-AGC.FiscalTax@justice.gc.ca | Email<br>First Class Mail |
| Core | Chase Paymentech Solutions, Inc. | c/o Services Blakes Quebec, Inc<br>3000-1 Pl Ville-Marie, Ste 3000<br>Montreal, QC H3B 4N8<br>Canada | | | First Class Mail |
| Core | Deloitte Restructuring Inc | Attn: Pierre Laporte<br>Place de la Cité, Tour Cominar<br>2640 Laurier Blvd, Ste 1700<br>Quebec, QC G1V 5C2<br>Canada | | pilaporte@deloitte.ca | Email<br>First Class Mail |
| Core | Deloitte Restructuring Inc | Attn: Jean-François Nadon<br>8 Adelaide East<br>8 Adelaide St W, Ste 200<br>Toronto, ON M5H 0A9<br>Canada | | jnadon@deloitte.ca | Email<br>First Class Mail |
| Core | Deloitte Restructuring Inc | Attn: Jacob Dube-Dupuis<br>Attn: Marc-Alexandre Cormier<br>Attn: Jean-François Boucher<br>1190 Des Canadiens-de-Montreal Ave, Ste 500<br>Montreal, QC H3B 0M7<br>Canada | | jdubedupuis@deloitte.ca<br>macormier@deloitte.ca<br>jeaboucher@deloitte.ca | Email<br>First Class Mail |
| Core | Deloitte Restructuring, Inc | 1190 Des Canadiens-de-Montreal Ave, Ste 500<br>Montreal, QC H3B 0M7<br>Canada | | | First Class Mail |
| Core | Dentons Canada | Attn: Ari Sorek/Roger Simard/Charlotte Dion<br>1 Pl Ville Marie<br>Bureau 3900<br>Montreal, QC H3B 4M7<br>Canada | | ari.sorek@dentons.com<br>roger.simard@dentons.com<br>charlotte.dion@dentons.com | Email<br>First Class Mail |
| Notice of Appearance and Request for Notices<br>Counsel for the National Bank of Canada, Bank of Montreal, The Toronto-Dominion Bank and Federation des Caisses Desjardins du Quebec<br>Counsel to the Agent and the Lenders | Dentons US LLP | Attn: Patrick C. Maxcy<br>233 S Wacker Dr, Ste 5900<br>Chicago, IL 60606-6361 | | patrick.maxcy@dentons.com | Email |

**EXHIBIT A**

**Core Notice Parties Service List**

Served via the Method Set Forth

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance and Request for Notices Counsel for the National Bank of Canada, Bank of Montreal, The Toronto-Dominion Bank and Federation des Caisses Desjardins du Quebec Counsel to the Agent and the Lenders | Dentons US LLP | Attn: David F. Cook<br>1900 K St NW<br>Washington, DC 20006 | | david.f.cook@dentons.com | Email |
| Core | Federation Des Caisses Desjardins Du Que´Bec | 1170 Peel St, Ste 300<br>Montreal, QC H3B 0A9<br>Canada | | | First Class Mail |
| Core | Federation des Caisses Desjardins du Quebec | 1170 Peel St, Ste 300<br>Montreal, QC H3B 0A9<br>Canada | | | First Class Mail |
| Core | Groupe Dynamite Inc | Attn: Liz Edmiston<br>Attn: Mario Petraglia<br>Attn: Christian Roy<br>Attn: Sarah Paula Brami<br>Attn: Guy Vallières<br>Attn: Catherine Brisebois<br>5592 Ferrier St<br>Mount-Royal, QC H4P 1M2<br>Canada | | ledmiston@dynamite.ca<br>mpetraglia@dynamite.ca<br>croy@dynamite.ca<br>sbrami@dynamite.ca<br>gvallieres@dynamite.ca<br>cbrisebois@dynamite.ca | Email<br>First Class Mail |
| Core | Internal Revenue Service | (via first class mail)<br>Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><br>(via overnight mail)<br>2970 Market St<br>Ms 5-Q30.133<br>Philadelphia, PA 19104-5016 | | | First Class Mail |
| Core Notice of Appearance and Request for Notices Counsel for Cherry Hill Center, LLC and WG Park, L.P. | KURTZMAN STEADY, LLC | Attn: Jeffrey Kurtzma<br>401 S. 2nd Street, Suite 200<br>Philadelphia, PA 19147 | | kurtzman@kurtzmansteady.com | Email |
| Notice of Appearance and Request for Notices Counsel to the Taubman Landlords | Law Office of Susan E. Kaufman, LLC | Attn: Susan E. Kaufman<br>919 N Market St, Suite 460<br>Wilmington, DE 19801 | 302-792-7420 | skaufman@skaufmanlaw.com | Email |
| Notice of Appearance and Request for Notices Counsel to Tarrant County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller<br>2777 N Stemmons Fwy, Ste 1000<br>Dallas, TX 75207 | 469-221-5003 | dallas.bankruptcy@publicans.com | Email |
| Notice of Appearance and Request for Notices Counsel to Harris County and Montgomery County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman<br>PO Box 3064<br>Houston, TX 77253-3064 | 713-844-3503 | houston_bankruptcy@publicans.com | Email |
| Core | McCarthy Tétrault LLP | Attn: Alain Tardif<br>Attn: Jocelyn T. Perreault<br>Attn: François Alexandre Toupin<br>Attn: Pascale Klees-Themens<br>Attn: Miguel Bourbonnais<br>Attn: Gariel Faure<br>Attn: Sarah-Maude Demers<br>1000 De La Gauchetiere St W<br>Montreal, QC H3B 0A2<br>Canada | | atardif@mccarthy.ca<br>jperreault@mccarthy.ca<br>mbourbonnais@mccarthy.ca<br>gfaure@mccarthy.ca<br>fatoupin@mccarthy.ca<br>smdemers@mccarthy.ca<br>pkleesthemens@mccarthy.ca | Email<br>First Class Mail |
| Core | National Bank Of Canada | 500 Pl D'Armes, 26th Fl<br>Montreal, QC H2Y 2W3<br>Canada | | syndication@bnc.ca | Email<br>First Class Mail |
| Core | Norton Rose Fullbright Canada LLP | Attn: Luc Morin<br>Attn: Guillaume Michaud<br>1 Place Ville Marie, Ste 2500<br>Montreal, QC H3B 1R1<br>Canada | | luc.morin@nortonrosefulbright.com<br>guillaume.michaud@nortonrosefulbright.com | Email<br>First Class Mail |
| Core | Office Of The Attorney General | State of Florida<br>Pl-01 the Capitol<br>Tallahassee, FL 32399-1050 | | | First Class Mail |
| Core | Office Of The Attorney General | 40 Capitol Sq SW<br>Atlanta, GA 30334 | | | First Class Mail |
| Core | Office Of The Attorney General | 100 W Randolph St<br>Chicago, IL 60601 | | | First Class Mail |
| Core | Office Of The Attorney General | 500 S 2nd St<br>Springfield, IL 62701 | | | First Class Mail |
| Core | Office Of The Attorney General | 601 S University Ave<br>Carbondale, IL 62901 | | | First Class Mail |
| Core | Office Of The Attorney General | 120 SW 10th Ave, 2nd Fl<br>Topeka, KS 66612 | | | First Class Mail |
| Core | Office Of The Attorney General | 700 Capitol Ave, Ste 118<br>Frankfort, KY 40601 | | | First Class Mail |
| Core | Office Of The Attorney General | 445 Minnesota St, Ste 1400<br>St Paul, MN 55101-2131 | | | First Class Mail |

**EXHIBIT A**

**Core Notice Parties Service List**

Served via the Method Set Forth

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Core | Office Of The Attorney General | 9001 Mail Service Ctr<br>Raleigh, NC 27699-9001 | | | First Class Mail |
| Core | Office Of The Attorney General | Rj Hughes Justice Complex<br>25 Market St, Box 080<br>Trenton, NJ 08625-0080 | | | First Class Mail |
| Core | Office Of The Attorney General | The Capitol<br>Albany, NY 12224-0341 | | | First Class Mail |
| Core | Office Of The Attorney General | 313 NE 21st St<br>Oklahoma City, OK 73105 | | | First Class Mail |
| Core | Office Of The Attorney General | Oregon Dept of Justice<br>1162 Court St NE<br>Salem, OR 97301-4096 | | | First Class Mail |
| Core | Office Of The Attorney General | P.O. Box 12548<br>Austin, TX 78711-2548 | | | First Class Mail |
| Core | Office Of The Attorney General | 1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | | | First Class Mail |
| Core | Office Of The Attorney General | California Dept of Justice<br>P.O. Box 944255<br>Sacramento, CA 95814 | | | First Class Mail |
| Core | Office Of The Attorney General | Attn: Bankruptcy Notices<br>Consumer Law Section<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004 | | | First Class Mail |
| Core | Office Of The Attorney General | 525 W Ottawa St<br>P.O. Box 30212<br>Lansing, MI 48909 | | miag@michigan.gov | Email<br>First Class Mail |
| *NOA - Counsel for Texas Comptroller of Public Accounts, Revenue Accounting Division | Office of the Attorney General | Bankruptcy & Collections Div<br>Attn: John Mark Stern<br>Attn: Sherri Simpson<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | bk-jstern@oag.texas.gov<br>sherri.simpson@oag.texas.gov | Email |
| Core | Office Of The U.S. Trustee | Attn: T. Patrick Tinker<br>844 King St, Ste 2207<br>P.O. Box 35<br>Wilmington, DE 19801 | | patrick.tinker@usdoj.gov | Email<br>First Class Mail |
| Notice of Appearance and Request for Notices Counsel for Oklahoma County Treasurer | Oklahoma County Treasurer | Attn: Gretchen Crawford<br>320 Robert S.Kerr, Rm 505<br>Oklahoma City, OK 73102 | 405-713-1685 | grecra@oklahomacounty.org | Email |
| Core | Paysafe Merchant Services, Inc. | 3500 De Maisonneuve Blvd W<br>Westmount, QC H3B 4N8<br>Canada | | | First Class Mail |
| Core | Securities And Exchange Commision | Attn: Mark Berger, Regional Dir<br>Brookfield Pl<br>200 Vesey St, Ste 400<br>New York, NY 10281-1022 | | | First Class Mail |
| Core | Securities And Exchange Commision | 100 F St Ne<br>Washington, DC 20549 | | | First Class Mail |
| Notice of Appearance and Request for Notices Counsel for Simon Property Group | Simon Property Group | Attn: Ronald M. Tucker<br>225 W Washington St<br>Indianapolis, IN 46204 | | rtucker@simon.com | Email |
| Core | Syrus Reputation | Attn: Alain Bergeron<br>Attn: Audrey Marcil-Labelle<br>Attn: Constance Leonard-Tessier<br>Attn: Myriam Crevier<br>300 Leo-Pariseau St, 18th Fl<br>Montreal, QC H2X 4B3<br>Canada | | abergeron@syrusreputation.com<br>mcrevier@syrusreputation.com<br>cleonardtessier@syrusreputation.com<br>amarcillabelle@syrusreputation.com | Email<br>First Class Mail |
| Notice of Appearance and Request for Notices Counsel for the Taubman Landlords | The Taubman Company | Attn: Andrew S. Conway<br>200 E Long Lake Rd, Ste 300<br>Bloomfield Hills, MI 48304 | 248-258-7481 | aconway@taubman.com | Email |
| Core | The Toronto Dominion Bank | 1350 Rene-Levesque Blvd W, 7th Fl<br>Montreal, QC H3G 1T4<br>Canada | | | First Class Mail |
| Core | The United States Attorney'S Office For The District Of De | Attn: David C. Weiss<br>1007 Orange St, Ste 700<br>P.O. Box 2046<br>Wilmington, DE 19899-2046 | | | First Class Mail |
| NOA - Counsel for Tennessee Attorney General's Office | TN Dept of Revenue | c/oTN Attorney General's Office, Bankruptcy Division<br>Attn: Laura L. McCloud<br>PO Box 20207<br>Nashville, Tennessee 37202-0207 | 615-741-3334 | AGBankDelaware@ag.tn.gov | Email |
| Core | U.S. Customs And Border Protection | 1300 Pennsylvania Ave NW<br>Washington, DC 20229 | | | First Class Mail |
| Core | U.S. Customs And Border Protection | Attn: Joy Marie Virga<br>90 K St NE, 10th Fl<br>Washington, DC 20229-1177 | | joymarie.virga@cbp.dhs.gov | Email<br>First Class Mail |
| Notice of Appearance and Request for Notices Counsel to Eastview Mall, LLC | Wilmorite | Attn: Judith Labombarda<br>1265 Scottsville Rd<br>Rochester, NY 14624 | | | First Class Mail |

In re: GROUPE DYNAMITE INC., et al.,     3