# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 15 |
| GROUPE DYNAMITE INC., *et al* | ) ) ) | Case No. 20-12085 (JTD) |
| Debtors in a Foreign Proceeding[1] | ) ) ) | (Jointly Administered) |

## NOTICE OF WITHDRAWAL AS COUNSEL

**PLEASE TAKE NOTICE THAT** Heidi Hockberger hereby withdraws her *Pro Hac Vice* appearance [Docket No. 18] as counsel for the above-captioned debtors and debtors in possession (the "Debtors"). Ms. Hockberger requests that service upon her of all future service and notices and pleadings, electronically or otherwise, be discontinued as of the date hereof, and further requests that she be removed from the electronic (ECF) service list as counsel to the Debtors. The contact information is as follows:

> Heidi Hockberger
> **KIRKLAND & ELLIS LLP**
> **KIRKLAND & ELLIS LLP INTERNATIONAL LLP**
> 300 North LaSalle
> Chicago, Illinois 60654
> Telephone: (312) 862-2000
> Facsimile: (312) 862-2200
> Email: heidi.hockberger@kirkland.com
>
> [*Remainder of page intentionally left blank*]

---

[1] The last four digits of the Debtors' tax identification number are as follows: (a) Groupe Dynamite Inc. (4210); (b) GRG USA Holdings Inc. (4293); and (c) GRG USA LLC (4008). Additional case information can be obtained on the website of the Debtors' claims and noticing agent at https://cases.omniagentsolutions.com/groupedynamite. The location of the Debtors' service address for purposes of these chapter 15 cases is 5592 Ferrier Street, Montreal, Quebec, Canada, H4P 1M2.

| | |
|---|---|
| Dated: January 13, 2023<br>Wilmington, Delaware | */s/ Laura Davis Jones* |

Laura Davis Jones (DE Bar No. 2436)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:    (302) 652-4400
Email:          ljones@pszjlaw.com

-and-

Patrick J. Nash, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:          patrick.nash@kirkland.com

*Counsel to the Foreign Representative*