# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In Re:

GROUPE DYNAMITE INC. *et al.,*           Case No. 20-12085

     Debtors in a Foreign Proceeding.        Chapter 15

                                                      Hon. John T. Dorsey

_____/

## GOVERNMENT ATTORNEY CERTIFICATION

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent the State of Michigan Department of Treasury in this action: I am admitted to practice law in the State of Michigan Courts and the United States District Court for the Eastern District of Michigan.  I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

/s/ *Heather L. Donald*
Heather L. Donald (MI P-57351)
Assistant Attorney General
Attorney for State of Michigan
Department of Treasury
3030 W. Grand Blvd.
Ste 10-200
Detroit, MI  48302
(313) 456-0140
donaldh@michigan.gov